

# NUMBER 13-16-00248-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

BURLINGTON RESOURCES OIL
& GAS COMPANY, LP,                                              Appellant,

v.

TEXAS CRUDE ENERGY, LLC
AND AMBER HARVEST, LLC,                                       Appellees.

### On appeal from the 156th District Court
### of Live Oak County, Texas.

# ORDER

### Before Justices Benavides, Perkes and Longoria
### Order Per Curiam

Burlinton Resources Oil & Gas Company, LP filed a petition for permissive interlocutory appeal on May 3, 2016.  *See* TEX. R. APP. P. 28.3.  The Court, having examined and fully considered the petition, is of the opinion that the petition should be

granted.   Accordingly, we GRANT permission to appeal.   A notice of appeal is deemed to have been filed on this date.   *See* TEX. R. APP. P. 28.3(k).   The appeal will be governed by the rules for accelerated appeals. *Id.; see* TEX. R. APP. P. 28.1 ("The deadlines and procedures for filing the record and briefs in an accelerated appeal are provided in Rules 35.1 and 38.6.").

We direct the Clerk of this Court to file a copy of this order with the trial court clerk. *See* TEX. R. APP. P. 28.3(k).

It is so ORDERED.

PER CURIAM

Delivered and filed the
11th day of May, 2016.

2